■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BRYANT, Appellant. [755 NYS2d 620] —Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered March 27, 2001, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Any minor discrepancies in the witnesses' descriptions of evidence merely went to the weight to be accorded the evidence by the jury, not its admissibility (*see People v Julian,* 41 NY2d 340 [1977]; *People v Harris,* 199 AD2d 636 [1993]; *People v Carroll,* 181 AD2d 904 [1992]).

The trial court's *Sandoval* ruling was a provident exercise of

discretion (*see People v Sandoval,* 34 NY2d 371 [1974]; *People v Simmons,* 213 AD2d 433 [1995]; *People v Hunter,* 180 AD2d 752 [1992]).

The defendant's remaining contentions are without merit. Ritter, J.P., McGinity, Townes and Mastro, JJ., concur.